

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 1, 2018**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAGGONER CATTLE, LLC, et al | § | Case No. 18-20126-11 |
| | § | Jointly Administered |
| *Debtor.* | § | |

_____

| | | |
|---|---|---|
| LONE STAR STATE BANK OF | § | |
| WEST TEXAS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Adversary Proceeding No. 18-02003-rlj |
| | § | |
| RITA F. MOSELEY, | § | |
| KEVIN DALE MOSELEY, and | § | |
| TRENT RIDDLE, in his capacity as | § | |
| Independent Executor of the Estate of | § | |
| RICKY RYAN RIDDLE, Individually and all | § | |
| d/b/a MOSELEY & RIDDLE, deceased; | § | |
| RITA F. MOSELEY, P.C.; | § | |
| KEVIN DALE MOSELEY, P.C.; | § | |
| RICKY RYAN RIDDLE, P.C., | § | |
| | § | |
| *Defendants, and* | § | |
| | § | |

| | |
|---|---|
| MICHAEL QUINT WAGGONER, Individually and d/b/a WAGGONER CATTLE, LLC; <br> WAGGONER CATTLE, LLC; <br> CLIFF HANGER CATTLE, LLC; <br> BUGTUSSLE CATTLE, LLC; and <br> CIRCLE W OF DIMMITT, INC., <br><br> *Debtor-Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Came on before the Court for consideration, Lone Star State Bank of West Texas's Motion for Leave to File Amended Complaint ("Motion"). The Court, having considered the Motion finds that the Motion should be GRANTED.

IT IS SO ORDERED that Lone Start State Bank of West Texas have leave of Court to file Plaintiff's First Amended Complaint.

### END OF ORDER ###